■ In the Matter of FRANK GERVASI, Appellant, v NEW YORK CITY CONCILIATION AND APPEALS BOARD, as Succeeded by the NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent. — Judgment of the Supreme Court, Kings County, entered April 15, 1983, affirmed, with costs, for the reasons stated by Justice Monteleone at Special Term. Gibbons, J. P., O'Connor, Weinstein and Lawrence, JJ., concur.